**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03035-PAB-KMT

MARINA RODRIGUEZ,

    Plaintiff,

v.

LUCHEY & MITCHELL RECOVERY SOLUTIONS, LLC,
TERETTE HAUGABOOK, and
JOHN DOE CORPORATION,

    Defendants.

---

**FINAL DEFAULT JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    I.    Pursuant to the Order [Docket No. 31] of Judge Philip A. Brimmer entered on May 22, 2013 it is

**ORDERED** that Plaintiff's Application for Entry of Default and Default Judgment [Docket No. 24] is **GRANTED** in part. It is

**FURTHER ORDERED** that default judgment is hereby entered against defendant Luchey & Mitchell Recovery Solutions, LLC.  It is

**FURTHER ORDERED** that plaintiff Marina Rodriguez is hereby awarded $500.00 in statutory damages against defendant Luchey & Mitchell Recovery Solutions, LLC for its violations of the FDCPA, plus post-judgment interest at the rate of 0.12%.

    II.    Pursuant to the Order [Docket No. 34] of Judge Philip A. Brimmer entered

May 30, 2013, it is

    **ORDERED** that all of plaintiff's claims against defendant Terette Haugabook are dismissed.  It is

    **FURTHER ORDERED** that this case is closed in its entirety. It is

    **FURTHER ORDERED** that the plaintiff is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

    Dated at Denver, Colorado this 31st day of May, 2013.

    FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk